UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 25-303 (RBW) |
| ANTHONY GRANT, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on March 3, 2026, it is hereby

**ORDERED** that on March 18, 2026, at 9:30 a.m., the parties shall appear for a status hearing. The parties shall appear for the status hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that with the consent of the defendant, Anthony Grant, and the government, the time from March 3, 2026, to March 18, 2026, is excluded under the Speedy Trial Act to allow additional time for the defendant to determine how he wishes to proceed in this case.

**SO ORDERED** this 3rd day of March, 2026.

_____
REGGIE B. WALTON
United States District Court Judge